IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2884<br>11-md-02884 |
| THIS DOCUMENT APPLIES TO:<br>BORDAS V. E.I. DUPONT DE NEMOURS AND COMPANY, *et al.* | Case No.<br>2:12-cv-06446 |

## ORDER

AND NOW, this 30th day of January, 2013, upon consideration of Plaintiffs' Motion to Remand (Docket No. 4), DuPont's Opposition (Docket No. 9), and Plaintiffs' Reply (Docket No. 12), it is hereby **ORDERED** that:

1. Plaintiffs' Motion (Docket No. 4) is **DENIED**.

2. Count III of Plaintiffs' Complaint is **DISMISSED**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge